## CASE ANNOUNCEMENTS
*June 11, 2014*

[Cite as *06/11/2014 Case Announcements*, 2014-Ohio-2487.]

## MERIT DECISIONS WITHOUT OPINIONS

2013–1203.   State ex rel. W. Mkt. Plaza Ltd. Partnership v. Summit Cty. Planning Comm.
In Mandamus. Upon consideration of the respondent's motion for judgment on the pleadings and the amended motion for leave to intervene and for judgment on the pleadings of Wal–Mart Real Estate Business Trust, it is ordered by the court that the amended motion for leave to intervene and the amended motion for judgment on the pleadings are denied, and respondents' motion for judgment on the pleadings is granted. Accordingly, this cause is dismissed.

O'DONNELL, J., dissents and would grant an alternative writ and grant the amended motion for leave to intervene of Wal–Mart Real Estate Business Trust.